ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 OCT 10 P 4: 19

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ANDRE' BROWN, | ) |
| Petitioner, | ) |
| v. | ) CV 303-015 |
| THOMAS AMMONS, Warden, | ) |
| Respondent. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this 28 U.S.C. § 2254 petition is **DENIED**, this civil action is **CLOSED**, and a final judgment is **ENTERED** in favor of Respondent.

SO ORDERED this 10th day of October, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE